Debtor _____
Name

Case number (if known) _____

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name / Street / City State ZIP Code | | | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Provide details below.

| Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name / Street / City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 9

Debtor _____40 South Portland LLC_____
           Name

Case number (if known)_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**
☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.
☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City   State   ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.2. | Name<br>Street<br>City   State   ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City   State   ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

Debtor _____ Case number (if known) _____

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**

26a.1. Lloyd Babb, 325 Washinton Ave Brooklyn NY

Dates of service From _____ To _____

26a.2.

Dates of service From _____ To _____

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26b.1.

Dates of service From _____ To _____

26b.2.

Dates of service From _____ To _____

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

26c.1. Name: Lloyd Babbs
Street: 325 Washington Ave
Brooklyn NY

If any books of account and records are unavailable, explain why

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 11

Debtor  South Portland LLC
Name

Case number (if known) _____

**Name and address**

26c.2.
Name _____
Street _____
_____
City _____ State ____ ZIP Code ____

If any books of account and records are unavailable, explain why
_____
_____
_____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.1.
Name _____
Street _____
_____
City _____ State ____ ZIP Code ____

**Name and address**

26d.2.
Name _____
Street _____
_____
City _____ State ____ ZIP Code ____

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

Name of the person who supervised the taking of the inventory
_____

Date of inventory _____

The dollar amount and basis (cost, market, or other basis) of each inventory
$ _____

Name and address of the person who has possession of inventory records

27.1.
Name _____
Street _____
_____
City _____ State ____ ZIP Code ____

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 12

Debtor __40 South Portland LLC__
      Name

Case number (if known) _____

Name of the person who supervised the taking of the inventory
_____

Date of inventory _____

The dollar amount and basis (cost, market, or other basis) of each inventory
$ _____

Name and address of the person who has possession of inventory records

27.2.
Name _____
Street _____
_____
City _____ State _____ ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lloyd Babb | 325 Washington Ave, Brooklyn Ny | President/Manager | 100% |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

30.1.
Name and address of recipient

Name _____
Street _____
_____
City _____ State _____ ZIP Code _____
Relationship to debtor _____

Amount of money or description and value of property _____
Dates _____
Reason for providing the value _____

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 13

Debtor _____   Case number (if known) _____

Name and address of recipient:

30.2
Name _____
Street _____
City _____ State ____ ZIP Code _____
Relationship to debtor _____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
☒ No
☐ Yes. Identify below.

Name of the parent corporation _____

Employer Identification number of the parent corporation
EIN: __-_____

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
☒ No
☐ Yes. Identify below.

Name of the pension fund _____

Employer Identification number of the pension fund
EIN: __-_____

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03-09-2026
            MM / DD / YYYY

X _____     Printed name  Lloyd Babb
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Owner/manager

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes