## CERTIFICATE OF DIRECTORS, OFFICERS AND SHAREHOLDERS' ACTION OF 40 SOUTH PORTLAND, LLC

Dated: March 3, 2026

The Undersigned being all the members of the LLC, unanimously adopt the following Resolution:

RESOLVED, we the undersigned Members, Officers and Shareholders, hereby unanimously approve the filing of a Voluntary Chapter 11 Petition in the Eastern District of New York and ratify any actions taken to effectuate the reorganization of the Corporation pursuant to the applicable laws, rules, regulations, and processes of the Bankruptcy Court.

_____
Lloyd Babb, Member

_____
Lisa Christmas, Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE:

    40 SOUTH PORTLAND, LLC,

              DEBTOR.
---------------------------------------------------------------X

CASE NO.:

CHAPTER 11

## STATEMENT OF OWNERSHIP – LOCAL RULE 1007-4

Pursuant to Local Rule 1073-3, all shareholders owning more than 10% of shares in this company are as follows:

    (a)    Lloyd Babb – 50%.

    (b)    Lisa Christmas – 50%.

Dated: March 3, 2026

By: _____
      Lloyd Babb

By: _____
      Lisa Christmas

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

_____Eastern_____ District Of New York_____

**In re**

40 South Portland LLC　　　　　　　　　　　Case No. _____

**Debtor**　　　　　　　　　　　　　　　　　　Chapter ___11___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __5500.00__

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ __5500.00__

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. The source of the compensation paid to me was:

   ☐ Debtor　　　　☒ Other (specify)　　　　Lloyd Babb Manager/Owner

3. The source of compensation to be paid to me is:

   ☐ Debtor　　　　☒ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/25)

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/01/2026
*Date*

*Signature of Attorney*

Michael L. Previto
*Name of law firm*