UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:

    40 SOUTH PORTLAND, LLC,

                             DEBTOR.
------------------------------------------------------------X

CASE NO.:

CHAPTER 11

## VERIFICATION OF DEBTOR'S MATRIX LIST OF CREDITORS

The undersigned, the attorney for the Debtor herein, hereby verifies the attached list of creditors is true and correct based upon the information supplied to me, at this time.

Dated: 3/10/2026

                                          Michael L. Previto
                                          *Attorney for Debtor*
                                          150 Motor Parkway, Suite 401
                                          Hauppauge, NY 11788
                                          Telephone: (631) 379-0837

1

The Office of the United States Trustee
One Bowling Green
New York, NY  10004

New York City Water Board
5917 Junction Blvd.
Flushing, NY  11373

Columbia Capital Co.
60 East 42nd Street, #4700
New York, NY  10165

Abrams Garfinkel Margolis Bergson, LLP
1430 Broadway, 8th Floor
New York, NY  10018

Friedman Vartolo, LLP
85 Broad Street, #501
New York, NY  10004